UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. BARRIS, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | No. 8:19-cv-02262 (VEB) <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorneys' Fees:

IT IS ORDERED that the Commissioner shall pay attorneys' fees and expenses the amount of FIVE THOUSAND THIRTY-SIX DOLLARS and FORTY-THREE CENTS ($5,036.43), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the Stipulation.

Dated: May 10, 2021

                 <u>/s/Victor E. Bianchini</u>
                 VICTOR E. BIANCHINI
                 UNITED STATES MAGISTRATE JUDGE